# Court of Appeals
# of the State of Georgia

ATLANTA,    July 17, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0462.  LORENZO CRUZ-SANTANA v. THE STATE.**

Lorenzo Cruz-Santana filed an application for discretionary appeal seeking to challenge the trial court's order denying his motions for an out-of-time appeal.  An order denying a motion for out-of-time appeal may be appealed directly.  See, e.g., *Ingram v. State*, 300 Ga. App. 834 (686 SE2d 440) (2009); *Lewis v. State*, 300 Ga. App. 586 (685 SE2d 485) (2009).  Accordingly, this application for discretionary appeal is GRANTED pursuant to OCGA § 5-6-35 (j).  Cruz-Santana shall have ten days from the date of this order to file a notice of appeal with the trial court.  If he has already filed a notice of appeal from the order at issue, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/17/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*